UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BRYAN ALAN KROPP,

    Plaintiff,

v.                                            Case No. 6:17-cv-667-Orl-37DCI

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____

## **ORDER**

Before the Court is the parties' unopposed motion for entry of judgment with remand (Doc. 24 ("**Motion**")), and U.S. Magistrate Judge Daniel C. Irick's Report and Recommendation that the Court grant the Motion (Doc. 25 ("**R&R**")). Because the parties jointly filed a notice of no objection to the R&R (Doc. 26), the Court has examined the R&R only for clear error. *See Wiand v. Wells Fargo Bank, N.A.*, No. 8:12-cv-557-T-27EAJ, 2016 WL 355490, at *1 (M.D. Fla. Jan. 28, 2016); *see also Marcort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding no clear error, the Court concludes that the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. U.S. Magistrate Judge Daniel C. Irick's Report and Recommendation (Doc. 25) is **ADOPTED, CONFIRMED**, and made a part of this Order.

2. The parties' unopposed motion for entry of judgment with remand (Doc. 24) is **GRANTED**.

3. The Commissioner's final decision is **REVERSED AND REMANDED** for further proceedings as outlined in the Motion and R&R.

4. The Clerk is **DIRECTED** to enter judgment in favor of Plaintiff Bryan Alan Knopp and against Defendant Commissioner of Social Security and to close this case.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on January 30, 2018.



ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record